UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARVIN LEE VERMILLION, a/k/a/ Joseph A. Quintana, | ) ) ) | CASE NO. C09-0310RSL |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER DISMISSING § 2254 PETITION |
| SUPT. FRAKER, | ) ) ) | |
| Respondent. | ) ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss petitioner's federal habeas petition (Dkt. 11) is GRANTED and the petition (Dkt. 6) is DISMISSED under 28 U.S.C. § 2244(d); and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

Dated this 23rd day of September, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1